NICOLA T. HANNA
United States Attorney
By: AUSA SUE J. BAI
(213-894-2130)
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

```
FILED
CLERK, U.S. DISTRICT COURT

MAY 03 2018

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF,<br><br>　　v.<br><br>JOHN EARL WRIGHT,<br><br>　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>MJ 18-973<br><br>**ORDER FOR DISMISSAL<br>OF MAGISTRATE'S COMPLAINT** |

A Magistrate's Complaint having been filed before United States Magistrate Judge KAREN L. STEVENSON in Los Angeles, California, against the above-named defendant, charging a violation of Title 18, United States Code, Section 751(a), and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant JOHN EARL WRIGHT without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: 5/3/18

_____
United States Magistrate Judge

Presented by:

　　/s/
_____
SUE J. BAI
Assistant United States Attorney

**Complaint Filed: April 23, 2018**

　　　　　　　　　　　　　　　　　　**Are these people in federal custody?**
　　　　　　　　　　　　　　　　　　**YES**　　☒
　　　　　　　　　　　　　　　　　　~~NO~~

Release # 58405